UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ZENA SADIK,

     Plaintiff,                                                   Case No. 13-cv-13882


                                                 Paul D. Borman
v.                                                                            United States District Judge


                                                 Charles E. Binder
COMMISSIONER OF                                              United States Magistrate Judge
SOCIAL SECURITY,

     Defendant.
_____/


ORDER (1) ADOPTING MAGISTRATE JUDGE CHARLES E. BINDER'S AUGUST 29,
2014 REPORT AND RECOMMENDATION, (2) DENYING PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT (3) GRANTING DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT AND (4) AFFIRMING THE DECISION OF THE COMMISSIONER

On August 29, 2014, Magistrate Judge Charles E. Binder issued a Report and

Recommendation to deny Plaintiff's Motion for Summary Judgment, grant Defendant's Motion for

Summary Judgment, and affirm the findings of the Commissioner.  (ECF No. 16, Report and

Recommendation.)

Having reviewed the Report and Recommendation, and there being no timely objections

under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and

Recommendation, DENIES Plaintiff's Motion for Summary Judgment (ECF No. 13), GRANTS

Defendant's Motion for Summary Judgment (ECF No. 15), AFFIRMS the findings of the

Commissioner and DISMISSES Plaintiff's Complaint with prejudice.

IT IS SO ORDERED.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  September 30, 2014

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 30, 2014.

s/Deborah Tofil
Case Manager